IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WESTCHESTER FIRE INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 11 CV 3473 |
| ) | |
| SWEPORTS, LTD., UMF CORPORATION, GEORGE ) | |
| CLARKE, CHRISTOPHER LEISNER, A. G. CHENELLE, ) | |
| JOHN A. DORE, MICHAEL C. MOODY, MICHAEL J. ) | |
| O'ROURKE, O'ROURKE, KATTEN & MOODY, ) | |
| JOHN PERKAUS, and PERKAUS & FARLEY LLC, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff, WESTCHESTER FIRE INSURANCE COMPANY by and through its attorneys, O'HAGAN SPENCER, LLC, hereby gives notice of voluntary dismissal of this action pursuant to the provisions of Federal Rule of Civil Procedure Rule 41(a)(1)(A)(i) as no Defendant to this action has filed an Answer or Motion for Summary Judgment. This dismissal is with prejudice as to Defendants Sweports, LTD., UMF Corporation, George Clarke and Christopher Leisner only pursuant to settlement; and is without prejudice as to all remaining Defendants.

By: /s/James W. Davidson
Attorneys for Plaintiff

Kevin M. O'Hagan (ARDC No. 6211446)
James W. Davidson (ARDC No. 6281542)
O'Hagan Spencer LLC
One E. Wacker Drive, Suite 3400
Chicago, IL 60602
PH: 312-422-6100
FX: 312-422-6110
kohagan@ohaganspencer.com
jdavidson@ohaganspencer.com

## CERTIFICATE OF SERVICE

This is to certify that on this 21st day of June, 2012, I electronically filed Plaintiff's Notice of Voluntary Dismissal, with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Anthony S. DiVincenzo
DiVincenzo Schoenfield Swartzman
asdlawyer@aol.com


Robert W. Queeney, Esq.
rwqueeney@yahoo.com


Eric M. Arredondo
Arredondo, P.C.
e-arredondo2009@nlaw.northwestern.edu


Vivek Jayaram
Jayaram Law Group
vivek@jayaramlaw.com


                                     By:    /s/James W. Davidson
                                             Attorneys for Plaintiff

Kevin M. O'Hagan (ARDC No. 6211446)
James W. Davidson (ARDC No. 6281542)
O'Hagan Spencer, LLC
One E. Wacker Drive, Suite 3400
Chicago, Illinois  60601
Telephone: (312) 422-6100
Facsimile:  (312) 422-6110
E-mail:kohagan@ohaganspencer.com
       jdavidson@ohaganspencer.com